450 F.2d 351
 UNION CAMP CORPORATION, Plaintiff-Appellee,
v.
J. H. SMITH et al., Defendants-Appellants.
 No. 71-2214 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 12, 1971.
 
 Emanuel Lewis, Savannah, Ga., William J. Neville, Statesboro, Ga., for defendants-appellants.
 George W. Williams, James M. Thomas, Savannah, Ga., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966